IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                    Plaintiff, )
)
vs. ) Case No. 10-40108-01-RDR
)
AMIE ELISABETH ARD, )
                    Defendant. )
_____)

## O R D E R

**NOW** on this 15th day of March, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of the jury trial. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See, *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the jury trial is rescheduled for May 17, 2011 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                              s/Richard D. Rogers
                                              United States District Judge